UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOON HEE KIM,

                Plaintiff,

– against –

WELLS FARGO BANK, N.A., BANK OF AMERICA N.A., EQUIFAX INFORMATION SERVICES, INC., GOLDMAN SACHS BANK USA, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, and DELL FINANCIAL SERVICES LLC,

                Defendants.

**ORDER**

21 Civ. 4637 (ER)

Ramos, D.J.:

    The Court is in receipt of Plaintiff's notice of settlement in principle as to Bank of America N.A. In light of the parties' anticipated settlement agreement, all deadlines and conferences as to Bank of America N.A. are hereby adjourned.

    It is SO ORDERED.

Dated:   October 19, 2021
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.