UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOON HEE KIM,

                Plaintiff,

– *against* –

BLUESTEM BRANDS, INC.,

                Defendant.

**ORDER**

21 Civ. 4637 (ER)

Ramos, D.J.:

    Plaintiff served Defendant Bluestem Brands, Inc. on June 7, 2021.  Doc. 54.  Bluestem's answer was due June 28, 2021.  *Id.*  As of this date, Bluestem has not appeared or answered.  All other defendants in this matter have been terminated.

    Plaintiff is directed to file a status report by April 27, 2022 regarding the status of this case.  Failure to do so may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    SO ORDERED.

Dated:   April 19, 2022
            New York, New York

                                            Edgardo Ramos, U.S.D.J.